# Third District Court of Appeal
## State of Florida

Opinion filed August 9, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-1847
Lower Tribunal Nos. 93-18108D, 93-18139B, 93-18141B, & 93-27560

_____

**John Ceasar Hazelton,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Harold Long, Jr., for petitioner.

Pamela Jo Bondi, Attorney General, and Linda S. Katz, Assistant Attorney General, for respondent.

Before ROTHENBERG, C.J., and SUAREZ and SALTER, JJ.

PER CURIAM.

Following review of the petition for writ of habeas corpus and the response and reply thereto, it is ordered that said petition is hereby granted and remanded for resentencing. See Johnson v. State, SC13-711 (Fla. April 20, 2017); Kelsey v. State, 206 So. 3d 5 (Fla. 2016).